UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

HELMER OSMIN GUTIERREZ

No. 1:25-mj-00346-JCN

The undersigned complainant, being duly sworn, states:

## COUNT ONE
### (Re-Entry of Removed Alien)

On about October 18, 2025, in the District of Maine, the defendant,

**HELMER OSMIN GUTIERREZ**

an alien, was found in the United States of America after having been removed therefrom on about May 10, 2008, at New York, New York, and again on May 26, 2010 at Phoenix, Arizona, and not having obtained the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States of America.

All in violation of Title 8, United States Code, Section 1326(a).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

Scott Hanton,
Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Oct 21 2025

City and state: Bangor, ME

John C Nivison U.S. Magistrate Judge