**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HELMER OSMIN GUTIERREZ | No. 1:25-mj-00346-JCN |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Scott Hanton, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Border Patrol Agent-Intelligence with the United States Border Patrol. Currently, I am detailed as the Prosecutions Unit Programs Manager at Houlton Sector in Hodgdon, Maine. I graduated from JFK High School in Warren, Ohio in June 1997. Prior to being stationed in Houlton, I was a Border Patrol Agent at the Douglas Border Patrol Station in Douglas, Arizona. I have been an employee of the United States Border Patrol since November 29, 2010. I successfully graduated from the Border Patrol Academy in Artesia, New Mexico in February 2011.

2. I make this affidavit in support of a Criminal Complaint charging HELMER OSMIN GUTIERREZ with one count of Illegal Re-Entry of Alien After Removal, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit is based on my review of materials and reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a Border Patrol agent.

## STATEMENT OF PROBABLE CAUSE

3.  I learned the following from reviewing a memorandum of investigation prepared by Rangeley, Maine U.S. Border Patrol Agent David Hathaway (Agent Hathaway):

    A. On October 18, 2025, at approximately 4:09 pm, Houlton Sector Radio contacted Rangeley Border Patrol Station that Farmington, Maine Police Department Sergeant Jonathan Parker had stopped a vehicle and was requesting help identifying four subjects therein. Agent Hathaway was dispatched to Sergeant Parker's location.

    B. While enroute, Agent Hathaway was notified by his supervisor that Border Patrol records checks revealed that two of the four subjects had legal status in the United States, but that the other two subjects - including GUTIERREZ - did not have legal status to be present in the United States.

    C. When Agent Hathaway arrived on scene, he learned from Sergeant Parker that he had stopped the vehicle for speeding. Hathaway further learned that one of the back seat passengers had identified himself as GUTIERREZ. During a roadside immigration inspection, GUTIERREZ told Agent Hathaway that he was a citizen of El Salvador, and he was in the country illegally. Agent Hathaway transported GUTIERREZ and one other passenger back to the Rangeley Border Patrol Station for processing.

    D. During processing, GUTIERREZ's fingerprints were digitally taken and they linked to Border Patrol records confirming his identity and confirming that he had been deported on May 10, 2008 from New York, New York and again on May 26, 2010 from Phoenix, Arizona.

    E. During a Mirandized interview, GUTIERREZ admitted that he had been previously removed from the United States and had not applied for permission to return.

4.  I have reviewed available Border Patrol Records and confirmed that GUTIERREZ was previously removed from the United States on May 10, 2008 from New York, New York and again on May 26, 2010 from Phoenix, Arizona. I also confirmed that available records reveal no request by GUTIERREZ to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to reapply for admission to the United States.

3

5. Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe HELMER OSMIN GUTIERREZ has violated Title 8, United States Code, Section 1326(a).

I, Scott Hanton, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

_____
Scott Hanton,
Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Oct 21 2025

City and state: Bangor, ME

_____
Judge's signature

John C. Nivison U.S. Magistrate Judge
Printed name and title